## BRAADT v. CITY OF NEW YORK, DEPARTMENT OF SANITATION, ET AL.

No. 358.  Decided October 11, 1965.

*William Gitnick* for appellant.

*Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Jean M. Coon,* Assistant Attorney General, for New York State Workmen's Compensation Board, and *Leo A. Larkin, Seymour B. Quel* and *Benjamin Offner* for City of New York, appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## CASSESE v. PEYTON, PENITENTIARY SUPERINTENDENT.

No. 137, Misc.  Decided October 11, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.